# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Augustus Titan O'Neil | ) Case No: 1:01CR26-1 |
| | ) USM No: 16764-058 |
| Date of Previous Judgment: 10/31/01 | ) Charles R. Brewer |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.**  ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:    25                   Amended Offense Level:    25
Criminal History Category: IV                   Criminal History Category: IV
Previous Guideline Range:  120 to 120 months    Amended Guideline Range:  120 to 120 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):    The defendant is not eligible for a sentence reduction due to the mandatory minimum sentence of 120 months which applies for count one, and the fact that the total offense level found at the initial sentencing would not change, due to grouping rules, even if two levels were reduced for the drug count.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  10/31/01   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  December 16, 2008

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge